## (March 24, 1961)

■ MANUFACTURERS TRUST COMPANY v. MODERN TOURS, INC. MANUFACTURERS TRUST COMPANY v. BERNARD BERMAN. MANUFACTURERS TRUST COMPANY v. ISAAC BERMAN.— Motion to permit the above-entitled appeals to be noticed for the May 1961 Term of this court and for other relief granted. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ,

■ In the Matter of CHEESE UNLIMITED, INC., Appellant. WILLIAM L. SLOAN, Respondent; SOL CHACHAM et al., Appellants.— Motion for a stay granted on condition that the appellants procure. the record on appeal and appellants' points to be served and filed on or before March 30, 1961, with notice of argument for April 11, 1961, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.